# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| KAREN CALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVEL NURSE ACROSS AMERICA, LLC, an Arkansas Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No. 2:18-CV-03027-KJM-AC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Complaint filed: August 2, 2018<br>Removed: November 16, 2018<br>Trial date: None set |

1     Having read and considered the Stipulation for Leave to File a First Amended Class Action Complaint submitted by Plaintiff KAREN CALL ("Plaintiff") and Defendant TRAVEL NURSE ACROSS AMERICA, LLC ("Defendant"), and finding good cause, the Court GRANTS the Stipulation and orders as follows:

    1.     Plaintiff is granted leave to File a First Amended Class Action Complaint;

    2.     Due to the potential impending expiration of the statute of limitations on the added claims on or about March 20, 2019, the First Amended Complaint, in the form attached as Exhibit 1 to the Stipulation for Leave to File First Amended Class Action Complaint, is deemed filed as of the March 14, 2019 date the Parties stipulated to permit the filing of the First Amended Complaint.

    3.     Defendant's Answer to the First Amended Class Action shall be filed within thirty (30) Court days of the filing of the First Amended Class Action Complaint.

**IT IS SO ORDERED.**

DATED: March 19, 2019.

                                                                UNITED STATES DISTRICT JUDGE