UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| KAREN CALL, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVEL NURSE ACROSS AMERICA, LLC, an Arkansas Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-03027-KJM-AC<br><br>Assigned to:<br>District Judge Kimberly J. Mueller<br><br>Referred to:<br>Magistrate Judge Allison Claire<br><br>*Removed from Placer County Superior Court,* Case No. SCV0041569<br><br>CLASS ACTION<br><br>**ORDER RE JOINT STIPULATION TO EXTEND DEADLINE FOR FILING STIPULATION RE DISMISSAL**<br><br>*(Filed concurrently with the Joint Stipulation to Continue Status Conference and Related Dates)*<br><br>Action Filed: August 2, 2018<br>Removal Date: November 16, 2018<br>Trial Date: None Set |

---

ORDER RE JOINT STIPULATION TO EXTEND DEADLINE FOR FILING STIPULATION RE DISMISSAL

| | |
|---|---|
| 1 | **ORDER** |
| 2 | On July 1, 2019, the parties in the above-captioned consolidated actions filed a Notice of |
| 3 | Settlement and Joint Stipulation to Extend Deadline for Submitting Dispositional Documents Re |
| 4 | Local Rule 160 ("Notice and Stipulation"). Pursuant to that Notice and Stipulation, and good cause |
| 5 | appearing, **IT IS HEREBY ORDERED THAT**: |
| 6 | The deadline for the parties to file the Stipulation re Dismissal is continued from July 22, |
| 7 | 2019 to August 12, 2019; and |
| 8 | The Initial Status Conference set for August 1, 2019 is continued until September 12, 2019 |
| 9 | at 2:30 p.m., with the filing of a joint status report due seven days prior. |
| 10 | **IT IS SO ORDERED**. |
| 11 | DATED: July 3, 2019. |

_____
UNITED STATES DISTRICT JUDGE

---

1
ORDER RE JOINT STIPULATION TO EXTEND DEADLINE FOR FILING STIPULATION RE DISMISSAL